(137 So. 920)

### John M. GEORGE v. STATE.
2 Div. 489.

Court of Appeals of Alabama.
Nov. 3, 1931.

BRICKEN, P. J.

We ascertain from the record that this appellant is a white farmer, 89 years of age, at the time of his trial on April 23, 1931. He was tried in the court below upon an indictment which charged him with the offense of assault with intent to murder upon one Walter Mitchell. He interposed a plea of not guilty to the indictment, and the trial resulted in his conviction by the jury "as charged in the indictment." The court, as the law required, passed judgment and sentenced him to an indeterminate term of imprisonment in the penitentiary for not less than two nor more than three years. From the judgment and sentence he appealed to this court. His appeal can avail him nothing. It is predicated upon the record proper without a bill of exceptions. This record is regular in all things. It is therefore ordered that the judgment of conviction from which appeal was taken will stand affirmed.

Affirmed.

(131 So. 918)

### Mala GIBSON and Lee Gray v. STATE.
6 Div. 964.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Appeal dismissed.

(134 So. 920)

### Howard GILBERT v. STATE.
6 Div. 958.

Court of Appeals of Alabama.
May 12, 1931.

BRICKEN, P. J.
Appeal dismissed.

(133 So. 923)

### Henry GILCHRIST v. STATE.
8 Div. 130.

Court of Appeals of Alabama.
March 20, 1931.

SAMFORD, J.
Appeal dismissed by appellant.

(132 So. 913)

### J. R. GILLIAM v. STATE.
8 Div. 203.

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Affirmed.

(130 So. 921)

### John C. GILLIS v. STATE.
4 Div. 672.

Court of Appeals of Alabama.
Nov. 11, 1930.

BRICKEN, P. J.
Affirmed.

(130 So. 921)

### Fletcher GIVENS v. STATE.
2 Div. 447.

Court of Appeals of Alabama.
Nov. 5, 1930.

BRICKEN, P. J.
Affirmed.